CLERK 3-2-08

To: Richard W. Wieking

How are you doing? I hope good. I sent your court a writ and it was filed Oct 30, 07 at 10:36 AM. E-Filing - CV 07 - 5509 SI. I didn't send the $5.00 fee, and shortly after that i was sent to the hole. Now i just got my property, things have not been going well for me. So i see it says if i didn't respond whithin 30 days my action will be dismissed and the file closed. I'm not asking you for any legal advise, i just want to know can i resumit my writ and send you the $5.00? Can you please write me back and let me know my options.

Thank You

William Weisner
V-62355
P.O. Box 1050
Soledad, Ca. 93960-1050
Salinas Valley State Prison
D1 102

**FILED**
MAR 04 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA