William Weisner V-62355
P.O. Box 1050
Soledad, Ca. 93960-1050
Salinas Valley State Prison
D-1-102

STATE PRISON
GENERATED MAIL

US District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, Ca. 94102-9680

ATTEN -
Richard W. Wieking
clerk.

CONFIDENTIAL

UNITED STATES POSTAGE
02 1A
00043974S8
MAILED FROM ZIP CODE 93960
PITNEY BOWES
$ 00.41⁰
MAR 03 2008