```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017746
Cashier ID: almacer
Transaction Date: 04/03/2008
Payer Name: WILIAM WEISNER
----------------------------------
WRIT OF HABEAS CORPUS
 For: WILIAM WEISNER
 Case/Party: D-CAN-3-07-CV-005509-001
 Amount:       $5.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 08-062736618
 Amt Tendered: $5.00
----------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

SI (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```