William Weisner V-62365
P.O. Box 1050
Soledad, Ca. 93960-1050
S.V.S.P
D-1-102

this is the filing
fee for case #
C 07-5509 SI (PR)

U.S. District Court
450 Golden Gate Ave.
P.O. Box 36060
S.F., Ca. 94102-9680
Attn: Tracy Sutton

016H26513217
$00.41⁰
03/28/2008
Mailed From 94544
US POSTAGE
Hasler