UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WEISNER,<br><br>        Petitioner,<br><br>    v.<br><br>M. S. EVANS, warden,<br><br>        Respondent.<br>_____ / | No. C 07-5509 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Michelle Swanson, the court GRANTS respondent's request. (Docket # 11.)

    If respondent chooses to file a new motion to dismiss, he must file and serve his motion to dismiss no later than **April 17, 2009**. Petitioner must file and serve his opposition not later than **May 22, 2009**. Respondent must file and serve his reply brief, if any, no later than **June 12, 2009**.

    If respondent chooses not to file a new motion to dismiss, he must file and serve his answer to the petition for writ of habeas corpus no later than **April 17, 2009**. Petitioner must file and serve his traverse no later than **May 22, 2009.**

    IT IS SO ORDERED.

DATED: March 9, 2009

                                                      _____
                                                      SUSAN ILLSTON
                                                      United States District Judge