UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WEISNER, | No. C 07-5509 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| M. S. EVANS, warden, | |
|     Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute limitations deadline.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 19, 2009

_____
SUSAN ILLSTON
United States District Judge